# IN THE COURT OF APPEALS OF IOWA

No. 22-1737
Filed November 8, 2023

**STATE OF IOWA,**
        Plaintiff-Appellee,

**vs.**

**WAYNE EUGENE ROYER,**
        Defendant-Appellant.
_____

        Appeal from the Iowa District Court for Guthrie County, Virginia Cobb, District Associate Judge.

        A defendant appeals his prison sentence for violating sex offender registry requirements. **CONVICTION AFFIRMED; SENTENCE VACATED AND REMANDED FOR RESENTENCING.**

        Jessica A. Millage of Flanagan Law Group, PLLC, Des Moines, for appellant.

        Brenna Bird, Attorney General, and Israel Kodiaga, Assistant Attorney General, for appellee.

        Considered by Tabor, P.J., and Badding and Chicchelly, JJ.

**TABOR, Presiding Judge.**

Wayne Royer, a sex offender, pleaded guilty to failing to appear at the sheriff's office as required by Iowa Code sections 692A.103, .108, and .111 (2022). The district court then imposed a prison sentence not to exceed two years. Royer appeals, contending the court overlooked mitigating factors and failed to give him the right to volunteer information helpful to his cause.[1] *See* Iowa R. Crim. P. 2.23(2)(d)(3); *State v. Craig*, 562 N.W.2d 633, 635 (Iowa 1997). The State agrees that the sentencing court failed to honor Royer's right of allocution, so resentencing is required. *See State v. Lumadue*, 622 N.W.2d 302, 304 (Iowa 2001).

We review sentences for correction of legal error. *State v. Formaro,* 638 N.W.2d 720, 724 (Iowa 2002). We will reverse when an abuse of discretion occurs or there is some defect in the sentencing procedure. *Id.* Here, there was a defect in the sentencing procedure. Although trial counsel addressed the sentencing court, the right of allocution is personal to the defendant. *See State v. Nosa*, 738 N.W.2d 658, 660 (Iowa Ct. App. 2007). The district court sentenced Royer without giving him the chance to allocute. We need not address Royer's other objections to the sentence because the district court must start from scratch at a new hearing.

**CONVICTION AFFIRMED; SENTENCE VACATED AND REMANDED FOR RESENTENCING.**

---

[1] Despite pleading guilty, Royer has good cause to appeal because he is challenging his sentence. *See State v. Damme*, 944 N.W.2d 98, 105 (Iowa 2022) (interpreting Iowa Code section 814.6(1)(a)(3)).